AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the

| | |
|---|---|
| United States of America<br>v.<br><br>Alejandro MOYA<br>Year of birth 1990<br><br><br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No.    MJ 26-3502 PGS |

**FILED**
United States District Court
Albuquerque, New Mexico

Erik Paltrow
Clerk of Court

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ July 14, 2026 _____ in the county of _____ Bernalillo _____ in the

_____ District of _____ New Mexico _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C.  875(c) | Threatening interstate communications |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

**Special Agent Matthew Frye**
*Printed name and title*

Telephonically sworn and electronically signed.

Date: _____ 07/14/2026 _____

_____
*Judge's signature*

City and state: _____ Albuquerque, New Mexico _____

**Phillip G. Sapien**
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | Criminal No. _____ |
| | ) | |
| Alejandro MOYA | ) | |
| YOB 1990 | ) | ) |

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Matthew Frye, being first duly sworn, hereby affirm and state:

I, Matthew Frye, a Special Agent with the Federal Bureau of Investigation, United States Department of Justice ("USDOJ"), being duly sworn, do depose and hereby state the following:

I make this affidavit in support of an application for a criminal complaint for a probable cause arrest related to a violation of 18 U.S.C. § 875(c), that being interstate communications containing the threat to injure the person of another.

## AGENT BACKGROUND

1.      I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been since December 5, 2021. As such, I am a law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7), and I am empowered by law to conduct investigations and to make arrests for offenses enumerated in 18 U.S.C. § 2516.

2.      On December 5, 2021, I reported to FBI Basic Field Training Course located in Quantico, Virgina. During my training at Quantico, I gained training in investigations of violent crimes, as well as interview techniques and legal authorities. I have been assigned to the Albuquerque Division since April 25, 2022, I have received on-the-job training from other

1

experienced agents and law enforcement officers. My duties include, but are not limited to, the investigation and enforcement of criminal violations related to violent crimes, fugitives from justice, assault on a federal officer and threatening interstate communications, in violation of 18 U.S.C. § 875(c). I am a federal law enforcement officer who is engaged in enforcing criminal laws, including 18 U.S.C. § 875(c). I am assigned to the FBI's investigation of ALEJANDRO MOYA (hereinafter "MOYA").

## RELEVANT STATUTE

3.      This investigation relates to a violation of 18 U.S.C. § 875(c), that being interstate communications containing the threat to injure the person of another, which prohibits a person from transmitting in interstate or foreign commerce any communication containing any threat to kidnap any person or any threat to injure the person of another.

## STATEMENT OF FACTS SUPPORTING PROBABLE CAUSE

4.      On September 23, 2020, a federal search warrant (20mr1333) was executed at 308 Aztec Road NW, Albuquerque, New Mexico 87107. At the time the warrant was executed, MOYA was found on the property sleeping in the backseat of a Mercedes Benz vehicle. Found with MOYA were approximately four firearms. Those firearms were seized pursuant to the Federal Search Warrant.

5.      On July 14, 2026, Alejandro MOYA called the FBI Albuquerque Field Office and spoke with personnel in the FBI operations center. Upon information and belief, MOYA called the FBI Albuquerque Field Office from 505-818-2117, a cellular telephone serviced by T-Mobile. Information obtained through an Emergency Disclosure Request submitted to T-Mobile indicates that location data for 505-818-2117 placed the device Albuquerque, New Mexico on the date of

July 14, 2026. The purpose of MOYA's call was to request the return of the firearms that the FBI had seized in connection to the search warrant executed on September 23, 2020, as referenced above. MOYA stated that he wanted his firearms returned and that he was "tired of playing games." The operations center took MOYA's phone number down as 505-818-2117.

6.  On July 14, 2026, FBI Special Agent Victim 1 called MOYA at telephone number (505) 818-2117. FBI Special Agent Victim 1 is a Special Agent employed by the Federal Bureau of Investigation. During the telephone call, MOYA made threats against FBI Special Agent Victim 1. Approximately two minutes into the call, FBI Special Agent Victim 1 began recording the conversation. Based on information obtained during this investigation, telephone number (505) 818-2117 is serviced by T-Mobile. Based on my training and experience, T-Mobile is a commercial wireless telecommunications carrier that operates a nationwide communications network utilizing facilities of interstate commerce. Additionally, based on my training and experience, communications transmitted over commercial cellular telephone networks utilize facilities of interstate commerce, regardless of whether the caller and recipient are located within the same state. The conversation described below is summarized and is not intended to be a verbatim transcript. The summaries include only those portions of the conversation that are relevant to this affidavit.

> **MOYA:** "Give me my fucking shit or I'm gonna kill you. You hear me."
> **FBI SA Victim 1:** "You're gonna kill me?"
> **MOYA:** "I will fucking cut your head off motherfucker"
> **FBI SA Victim 1:** "Do you know who I am?"
> **MOYA:** "Mondo is dead"
> **FBI SA Victim 1:** "Yeah Mondo died a long time ago but, who am I?"
> **MOYA:** Motherfucker do not play with me. Let me tell you something about the MOYAs. Do you know what MOYA means?"
> **FBI SA Victim 1:** "I need you to tell me who I am, Alex"
> **FBI SA Victim 1:** "Do you know that you are talking to an FBI Agent right now?"

3

**MOYA:** "I know I'm talking to a fucking FBI agent… your fucking dead, motherfucker…."
**FBI SA Victim 1:** "Do you know that it's a crime to threaten me? Are you being serious?"
**MOYA:** "Come meet me outside my grandma's house… I don't need a gun and I'll talk to you in person to see how fucking bad you are. Come meet me outside 2936 El Corto Drive Southwest."
**FBI SA Victim 1:** "Do you know that you just threatened an FBI agent, over the phone?"
**MOYA:** "Your gonna fucking die, homie."
**FBI SA Victim 1:** "How am I going to die?"
**MOYA:** "Meet me outside my grandma's then bring your FBI…"
**MOYA:** "You're fucking dead."
**MOYA:** "Be prepared to die, motherfucker."

7.     FBI SA Victim 1 reported to me that he felt threatened by the statements made by MOYA during their telephone conversation.

## CONCLUSION

8.     Based on the information set forth above, I submit that there is probable cause to believe that, within the District of New Mexico, MOYA committed a violation of 18 U.S.C. § 875(c), that being interstate communications containing the threat to injure the person of another.

9.     Supervisory Assistant United States Attorney Samuel A. Hurtado has reviewed and approved this application.

10.     I swear that this information is true and correct to the best of my knowledge.

4

Respectfully submitted,

Matthew Frye
Supervisory Special Agent
Federal Bureau of Investigation


Subscribed electronically and sworn to me telephonically on
July 14, 2026:

PHILLIP G. SAPIEN
United States Magistrate Judge

5