**FILED**

UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

IN THE UNITED STATES DISTRICT COURT

**JUL 2 8 2026**

FOR THE DISTRICT OF NEW MEXICO

**ERIK PALTROW**
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 26-3561 DHU |
| ) | |
| vs. ) | Count 1: 18 U.S.C. § 875(c): Interstate |
| ) | Communications with a Threat to Injure; |
| **ALEJANDRO CARTER MOYA,** ) | |
| ) | Count 2: 18 U.S.C. §§ 115(a)(1)(B) and |
| Defendant. ) | (b)(4): Influencing, Impeding, or |
| ) | Retaliating Against a Federal Official by |
| ) | Threatening. |

INDICTMENT

The Grand Jury charges:

Count 1

On or about July 14, 2026, in Bernalillo County, in the District of New Mexico, the defendant, **ALEJANDRO CARTER MOYA**, knowingly transmitted in interstate and foreign commerce, a telephonic threat communication to John Doe, a federal law enforcement officer, and the communication contained a threat to injure John Doe.

In violation of 18 U.S.C. § 875(c).

Count 2

On or about July 14, 2026, in Bernalillo County, in the District of New Mexico, the defendant, **ALEJANDRO CARTER MOYA**, threatened to assault and murder John Doe, a federal law enforcement officer, with intent to impede, intimidate, and interfere with John Doe while he was engaged in the performance of official duties, and with intent to retaliate against John Doe on account of the performance of official duties.

In violation of 18 U.S.C. §§ 115(a)(1)(B) and (b)(4).

A TRUE BILL:

/s/

_____

FOREPERSON OF THE GRAND JURY


Assistant United States Attorney